# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN HART,<br><br>  Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF SCRANTON and<br>GEORGE JONES,<br><br>  Defendants. | CIVIL ACTION NO. 3:11-CV-1576<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW** this 26th day of March, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 12) is **GRANTED** and Plaintiff's Amended Complaint (Doc. 11) is **DISMISSED**. The Clerk of Court is directed to mark this action as **CLOSED**.

　　　　　　　　　　　　　　　　　　　　 /s/ A. Richard Caputo　
　　　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　United States District Judge