**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KRISTEN HART, | CIVIL ACTION NO. 3:11-CV-1576 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| UNIVERSITY OF SCRANTON and GEORGE JONES, | |
| Defendants. | |

## **ORDER**

**NOW** this 26th day of March, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 12) is **GRANTED** and Plaintiff's Amended Complaint (Doc. 11) is **DISMISSED**.  The Clerk of Court is directed to mark this action as **CLOSED**.

       /s/ A. Richard Caputo
       A. Richard Caputo
       United States District Judge